**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GOURAV GOURAV,<br><br>          Petitioner,<br><br>     v.<br><br>JAMES JANECKA, WARDEN OF ADELANTO DETENTION FACILITY, et al.,<br><br>          Respondents. | No. 5:26-cv-01253 DSR<br><br>**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS AND DISCHARGING ORDER TO SHOW CAUSE**<br><br>**[28 U.S.C. § 2241]** |

On March 17, 2026, Petitioner filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, seeking his immediate release from immigration detention. See Doc. No.1.  On March 20th, Petitioner filed a Motion for Temporary Restraining Order and Preliminary Injunction for such relief.  See Doc. No. 4.  After receiving Respondents' Response, United States District Judge Michael W. Fitzgerald entered an Order granting Petitioner's Motion and ordered Respondents to release Petitioner immediately from custody.  See Doc. Nos. 8, 9; 2026 WL 966568 (C.D. Cal. Apr. 7, 2026).  Any remaining proceedings were referred to the Magistrate Judge for decision.  Doc. No. 8.  On April 13, 2026, Respondents filed a Notice of Compliance with Judge Fitzgerald's Order, confirming that Petitioner was released from custody and attaching supporting documentation.  See Doc. No. 10. Thereafter, neither side has filed any documents or sought any further relief.

On July 30, 2026, the undersigned Magistrate Judge entered an Order setting a status conference on why Final Judgment should not be entered on the same terms as Judge Fitzgerald's Temporary Restraining Order.  See Doc. No. 11.  In response, the parties filed a document titled "Joint Proposed Grant of Petition and Entry of Judgment Under 28 U.S.C. § 2241" on August 3, 2026.  See Doc. No. 13. Therein, "Petitioner and the Respondents jointly propose that the Petition [Dkt. no. 1] now be granted and that judgment entered by the Court accordingly at this juncture, without requiring any further proceedings, consistent with the reasons and findings that are already set forth in the TRO Order. Respondents respectfully preserve their objections to the merits of such a judgment granting the Petition and the TRO Order that it is based upon, however, for the purposes of potential appeal."  Id.  On August 4, 2026, the parties filed their joint voluntary consent to have a United States Magistrate Judge conduct all further proceedings in this case and order the entry of final judgment pursuant to 28 U.S.C. § 636(c).  Doc. No. 14.

Pursuant to the parties' joint proposal (Doc. No. 13), the Petition for Writ of Habeas Corpus (Doc. No. 1) is hereby GRANTED for the reasons and on the terms stated in Judge Fitzgerald's April 7, 2026, Order Granting Motion for Temporary Restraining Order and Preliminary Injunction (Doc. No. 8).  Judgment hereon will be entered on a separate form.  Respondents retain, for purposes of any potential appeal of the final Judgment, all existing documented arguments or positions in this case raised in opposition to Petitioner's Motion for Temporary Restraining Order and Preliminary Injunction.

The July 30, 2026, Order to Show Cause is DISCHARGED and the scheduled August 11, 2026, hearing thereon is VACATED.

**IT IS SO ORDERED.**

DATED: August 4, 2026    _____

Hon. Daniel S. Roberts
UNITED STATES MAGISTRATE JUDGE

2