JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

GOURAV GOURAV,

Petitioner,

v.

JAMES JANECKA, WARDEN OF ADELANTO DETENTION FACILITY, et al.,

Respondents.

No. 5:26-cv-01253 DSR

**JUDGMENT**

Pursuant to the Court's Order Granting Petition for Writ of Habeas Corpus and Discharging Order to Show Cause,

IT IS HEREBY ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is granted, and that Judgment is entered in favor of Petitioner and against Respondents. The Order constitutes final disposition of the Petition by the Court.

DATED: August 4, 2026

Hon. Daniel S. Roberts
UNITED STATES MAGISTRATE JUDGE